BEFORE THE THIRD DIVISION, MARCH 27, 1961

No. 65336.—J. M. Sutton Sons & Co. and H. W. Ebert Co. *v.* United States, protests 58/4117 and 59/22935 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those

the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.